IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| DALLIN HAWKINS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MURRAY CITY POLICE DEP'T et al.,<br><br>　　　　　Defendants. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br>Case No. 2:19-CV-571 HCN<br><br>District Judge Howard C. Nielson Jr. |

　　　　Plaintiff filed a prisoner civil rights complaint under 42 U.S.C.S. § 1983 (2019), (Doc. No. 5), and was granted *in forma pauperis* status under 28 U.S.C.S. § 1915 (2019), (Doc. No. 4). However, Plaintiff has not obeyed the Court's August 22, 2019 order, (*id*.), to file within thirty days a "certified copy of the trust fund account statements . . . for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which prisoner is confined." *See id.* § 1915(a)(2). Indeed, the Court has not heard from him at all since he first submitted his complaint on August 14, 2019.

　　　　Accordingly, IT IS ORDERED that--for failure to obey the Court's order and to prosecute this case--Plaintiff's action is DISMISSED without prejudice. *See* DUCivR 41-2. This action is CLOSED.

　　　　DATED this 29th day of October, 2019.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Howard C. Nielson, Jr.
　　　　　　　　　　　　　　　　　　United States District Judge